UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| VERONICA SANCHEZ<br><br>Plaintiff,<br><br>vs.<br><br>LYFT, INC., et al.<br><br>Defendant. | Civil Action No. _____ |

NOTICE OF REMOVAL

Defendant Lyft, Inc. ("Lyft"), by and through its counsel, Kathryn E. Bonorchis and Lewis Brisbois Bisgaard & Smith LLP, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1332(a), 1441(b) and 1446. In support of this Notice, the following facts are relied upon:

**Complaint and Timeliness of Removal**

1. On or about March 18, 2021, Plaintiff Veronica Sanchez, filed a Complaint in the Civil Division of the Superior Court of the District of Columbia, Civil Action No. 2021-CA-000856. A copy of the Complaint is attached as <u>Exhibit A</u>. Plaintiff's Complaint alleges negligence and negligent hiring, training and supervision, and seeks $2,000,000.00 in damages.

2. Lyft was served with the Summons and Complaint on April 5, 2021. This notice of removal is timely pursuant to 28 U.S.C. § 1446(b) which provides a defendant 30-days from receipt of the summons and complaint by proper service to remove to federal court. This notice of removal is being filed within the 30-day time period set forth in the statute.

**<u>Diversity Jurisdiction</u>**

3. Lyft removes this case based on federal diversity jurisdiction under 28 U.S.C. § 1332, and it may properly be removed to this Court pursuant to 28 U.S.C. § 1446(a).

4. Based upon allegations in the Complaint, Defendant Lyft is informed and believes thatPlaintiff is a citizen of the State of New Mexico.

5. At all relevant times, including at the time of the alleged injury and at the time Defendant filed his Complaint, Defendant Lyft was a Delaware corporation with a principal place of business located in the State of California.

6. Based upon allegations in the Complaint, Defendant Lyft is informed and believes that Defendant David A. Mihalic is a citizen of the State of Montana.

7. Based upon allegations in the Complaint, Defendant Lyft is informed and believes that Defendant Samuel Kendrick is a citizen of the State of Washington.

8. Plaintiff's Complaint demands judgment in the amount of $2,000,000.00. On the basis of the allegations in the Complaint, Defendant is informed and believes that the amount in controversy exceeds $75,000.00, exclusive of costs and interest.

9. Removal of this case is proper under 28 U.S.C. §1441 and 28 U.S.C. §1332, because complete diversity of citizenship exists between the Plaintiff and Defendants, and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of costs and interest.

10. Defendant Lyft filed an Answer to Plaintiff's Complaint on April 26, 2021.

11. Defendant Lyft is informed and believes that the remaining Defendants have not yet been served.

**Venue is Proper**

12. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1446(a), because Plaintiff is subject to personal jurisdiction in this judicial district, this is the judicial district in which the Superior Court of the District of Columbia resides and, on

information and belief, a substantial part of events giving rise to this lawsuit occurred in this judicial district.

### Service of Notice on Plaintiff and Superior Court

13. Defendant Lyft will promptly serve a copy of this Notice on Plaintiff and will promptly file a copy with the clerk of D.C. Superior Court. Upon service of this Notice on Plaintiff, Defendant will file a Notice of Proof of Service with this Court.

14. Defendant Lyft has sought no similar relief with respect to this matter.

15. In compliance with 28 U.S.C. § 1446(a), true and correct copies of all "process, pleadings, and orders" on file in the state court action are included in the attached Exhibit A.

WHEREFORE, this Civil Action is properly removed from the Superior Court of the District of Columbia pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1332.

Respectfully submitted this 3rd day of May, 2021 by,

/s/ Kathryn E. Bonorchis
Kathryn E. Bonorchis, Bar # 977709
Lewis Brisbois Bisgaard & Smith, LLP
100 Light Street, Suite 1300
Baltimore, MD 21202
Kathryn.Bonorchis@Lewisbrisbois.com
Telephone: 410.525.6409
*Attorneys for Defendant Lyft, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of May, 2021, a copy of the foregoing *Notice of Removal* was sent via CM/ECF, to:

Kenneth M. Trombly, #199547
Noah S. Trombly, #1657567
Daniel S. Singer, #1011357
1825 K. Street, N.W.
Suite 1150
Washington, D.C. 20006
202-887-5000
kmt@tromblylaw.com
dsinger@tromblylaw.com
ntrombly@tromblylaw.com
*Attorneys for Plaintiff*

                                               /s/ Kathryn E. Bonorchis
                                               Kathryn E. Bonorchis